COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Manish Sohani and Anis Virani v. Nizar Sunesara

Appellate case number:      01-16-00460-CV

Trial court case number:    1058441

Trial court:                County Civil Court at Law No. 1 of Harris County

On July 19, 2016, this Court granted the agreed motion by appellants, Manish Sohani and Anis Virani, and appellee, Nizar Sunesara, to abate this appeal indefinitely to permit the parties to pursue mediation pursuant to a Rule 11 agreement. This Court's Order also stated that this appeal would be reinstated on this Court's active docket when either party filed a motion to reinstate this appeal.

On January 17, 2017, the county clerk filed a supplemental clerk's record in this Court containing, among other things, a Rule 11 agreement, signed on October 27, 2016, in which the parties agreed to abate this appeal until January 15, 2017, and if no mediated settlement agreement had been entered by that date, then the plaintiffs-appellants may seek to reinstate this appeal. To date, neither party has filed any motion in this Court requesting reinstatement of this appeal or an update regarding the status of mediation.

Accordingly, the Clerk of this Court is directed to **REINSTATE** this case on this Court's active docket. Appellants' brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1), (d). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                   ☒  Acting individually
Date:  January 24, 2017